UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re KATZ INTERACTIVE CALL PROCESSING LITIGATION<br><br>This document relates to:<br><br>Ronald A. Katz Technology Licensing, L.P. v. Bank of the West, CV 07-4923 RGK (FFMx) | Case No. 07-ML-1816-C RGK (FFM)<br><br>(Originally filed in N.D. Cal. as Case No. C-07-03004 JL)<br><br>**[PROPOSED] ORDER OF DISMISSAL OF DEFENDANT BANK OF THE WEST** |

**WHEREAS:** (1) on June 8, 2007, Plaintiff Ronald A. Katz Technology Licensing, L.P. filed a Complaint in the United States District Court for the Northern District of California commencing Civil Action No. C-07-03004 JL (the "Action") against Defendant Bank of the West; (2) on August 6, 2007, Defendant Bank of the West filed its Answer to Ronald A. Katz Technology Licensing, L.P.'s Complaint; (3) in an order filed on June 20, 2007 in the Clerk's Office of the Judicial Panel on Multidistrict Litigation, a Transfer Order was entered in the matter captioned *In Re Katz Interactive Call Processing Patent Litigation* transferring the Action and other actions to this Court, and on July 31, 2007, that Transfer Order was filed in the Clerk's Office of this Court; (4) Ronald A. Katz Technology Licensing, L.P. and Defendant Bank of the West have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; (5) Ronald A. Katz Technology Licensing, L.P. and Defendant Bank of the West have filed a Stipulation of Dismissal (the "Stipulation") with this Court advising the Court that the parties have reached a mutually satisfactory resolution of all issues between them that were the subject of this Action; and (6) after considering the Stipulation, the Court is of the opinion that the Stipulation should be granted and therefore, it is hereby:

1. **ORDERED, ADJUDGED AND DECREED** that all claims asserted by Ronald A. Katz Technology Licensing, L.P. against Defendant Bank of the West and all counterclaims asserted by Defendant Bank of the West against Ronald A. Katz Technology Licensing, L.P. are dismissed with prejudice;

2. **ORDERED, ADJUDGED AND DECREED** that each of the parties shall bear its own costs, expenses and attorneys fees associated with the prosecution and defense of this Action;

3. **ORDERED, ADJUDGED AND DECREED** that this Court shall retain jurisdiction over this matter for purposes of enforcement of the settlement; and

4. **ORDERED, ADJUDGED AND DECREED** that all unresolved pending motions in this Action between these settling parties shall be denied as moot.

IT IS SO ORDERED.

Dated: MAY 20 2008

By: Gary Klausner
Honorable R. Gary Klausner
United States District Judge