JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 07-04923-RGK (FFMx) | Date | August 21, 2008 |
|---|---|---|---|
| Title | RONALD A. KATZ TECHNOLOLGY LICENSING LP v. BANK OF THE WEST, et al. | | |

| Present: The Honorable | R. GARY KLAUSNER, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Sharon L. Williams | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) NOTICE TO ALL PARTIES AND ORDER**

On August 19, 2008, Plaintiff submitted a Notice of Cooley Cases Where All Defendants Have Been Dismissed (DE 2796).  Pursuant to said notice, this matter is hereby ordered closed.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer      slw

cc: MDL Panel